UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SOLOMAN CHALLENGER, )
       Plaintiff, )
) **JUDGMENT**
    v. )
) Case No. 5:23-CV-485-KS
MARTIN O'MALLEY, )
*Commissioner of Social Security* )
*Administration*, )
       Defendant. )
)

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court AFFIRMS the Commissioner's decision.

This judgment filed and entered on 4/18/2024, *with electronic service* upon the following:

**Charlotte Hall**
*Plaintiff's Counsel*

**Wanda Mason**
**Samantha Zeiler**
**Thomas Zimarowski**
*Defendant's Counsel*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

Date: April 18, 2024

/s/ *Shelia D. Foell*
Deputy Clerk, US District Court